**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Lakesha C. Slade and William Roseboro, Defendants,

Of whom Lakesha C. Slade is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2020-001330

———————————

Appeal From York County
David G. Guyton, Family Court Judge

———————————

Unpublished Opinion No. 2021-UP-114
Submitted March 18, 2021 – Filed April 6, 2021

———————————

**AFFIRMED**

———————————

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellant.

Kathryn J. Walsh, of South Carolina Department of
Social Services, of Rock Hill; and Andrew Troy Potter,
of Anderson, for Respondent.

Donae Alecia Minor, of Minor Law Offices LLC, of Fort Mill; and Rebecca T. McNerney, of Waxhaw, North Carolina, for the Guardian ad Litem.

-----------

**PER CURIAM:**  Lakesha C. Slade appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Slade's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and HUFF and HEWITT, JJ., concur.**

-----------

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.